IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50799
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSÉ LIZAOLA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-288-1
- - - - - - - - - -
June 26, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

José Lizaola appeals his conviction for possession with the intent to distribute marijuana. He complains of the admission of prejudicial testimony, prosecutorial misconduct, judicial misconduct, and violations of discovery orders. He also argues that the evidence was insufficient to support the jury's guilty verdict.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

We have reviewed the briefs and the record on appeal and find no reversible error in the trial proceedings.  We also find that the evidence was sufficient to support the verdict.  <u>See</u> <u>United States v. Resio-Trejo</u>, 45 F.3d 907, 910 (5th Cir. 1995).

AFFIRMED.